DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE JAVELLANA,**
Appellant,

v.

**CYNTHIA FRANKE** f/k/a **CYNTHIA JAVELLANA, GEORGE TSIROPINAS AND JAMES TSIROPINAS,** as co-personal representatives of the Estate of Clara Tsiropinas, **JOHN TROISI,** and **EDWARD ANCHEL,** individually and as trustee of the Mary E. Teris Revocable Trust dated October 15, 1996,
Appellees.

No. 4D19-1406

[February 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kenneth Gillespie, Judge; L.T. Case Nos. CACE-019809, PRC18-4214.

William D. Mueller and Elliot B. Kula of Kula & Associates, P.A., Miami, and Peter A. Dyson of Metnick, Levy & Dyson, Delray Beach, for appellant.

James R. George and Jenna M. Bottey of Greenberg Traurig, P.A., Fort Lauderdale, for appellees George Tsiropinas and James Tsiropinas, as co-personal representatives of the Estate of Clara Tsiropinas, and John Troisi.

Jerrell Breslin of Baron, Breslin & Sarmiento, Miami, Jonathan Smulevich of Lowy and Cook, P.A., Miami, and Richard Martinez of The Martinez Law Offices, Coral Gables, for appellee Cynthia Franke.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***